IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| PACT XPP TECHNOLOGIES, AG | § | |
|---|---|---|
| | § | |
| v. | § | Case No. 2:07-CV-563-RSP |
| | § | |
| XILINX, INC., et al. | § | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you.

1. **Did PACT prove by a preponderance of the evidence that Xilinx or Avnet infringed the claims of the '181 and '106 patents listed below?**

    Answer "Yes" or "No" for each patent claim. If you find the claim infringed, answer "Yes," otherwise, answer "No."

    | | Xilinx Infringed? | Avnet Infringed? |
    |---|---|---|
    | Claim 1 of the '181 Patent | Yes | Yes |
    | Claim 3 of the '181 Patent | Yes | Yes |
    | Claim 17 of the '181 Patent | Yes | Yes |
    | Claim 30 of the '181 Patent | Yes | Yes |
    | Claim 8 of the '106 Patent | Yes | Yes |

1

2. Did Xilinx or Avnet prove by clear and convincing evidence that any of the following claims are invalid in view of the prior art?

Answer "Yes" or "No" for each claim. If you find the claim invalid, answer "Yes," otherwise, answer "No."

|  | Invalid as Anticipated? | Invalid as Obvious? |
| --- | --- | --- |
| Claim 1 of the '181 Patent | NO | NO |
| Claim 3 of the '181 Patent | NO | NO |
| Claim 17 of the '181 Patent | NO | NO |
| Claim 30 of the '181 Patent | NO | NO |
| Claim 8 of the '106 Patent | NO | NO |

**ANSWER QUESTIONS 3-6 ONLY IF YOU FOUND AT LEAST ONE CLAIM BOTH INFRINGED AND NOT INVALID**

3. Did PACT prove by clear and convincing evidence that Xilinx willfully infringed the '181 or '106 Patents?

Answer "Yes" or "No."

Yes

4. Did PACT offer to sell in the United States or import into the United States a patented product?

Answer "Yes" or "No."

No

5. If you answered "Yes" to Question 4, when did the earliest offer to sell or importation occur?

_____

2

6. What sum of money do you find from a preponderance of the evidence would fairly and reasonably compensate PACT for the patent infringement you found?

$ 15,399,900.00

The jury foreperson should sign and date the Verdict Form and return it to the Bailiff.

Date 5/18/2012