**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **PACT XPP TECHNOLOGIES, AG,**<br><br>        PLAINTIFF,<br><br>V.<br><br>**XILINX, INC.  AND AVNET, INC.**<br><br>        DEFENDANTS. | Case No.  2:07-cv-00563-RSP |

**ORDER GRANTING
UNOPPOSED MOTION TO SEAL FILED MOTIONS**

The Court, having considered Defendants' Unopposed Motion to Seal Filed Motions, hereby seals PACT XPP Technologies, AG's Reply in support of its Motion for Enhanced Damages (Dkt. 417); PACT XPP Technologies, AG's Reply in support of its Motion for Prejudgment Interest, Postjudgment Interest, and Taxable Costs (Dkt. 419); and all attachments to these motions.

    **IT IS SO ORDERED.**

    **SIGNED this 1st day of August, 2012.**

                                                          _____
                                                          ROY S. PAYNE
                                                          UNITED STATES MAGISTRATE JUDGE