**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PACT XPP TECHNOLOGIES, AG, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:07-CV-563-RSP |
| | § | |
| XILINX, INC. and AVNET, INC., | § | |
| | § | |
| *Defendants.* | § | |

## JUDGMENT

This civil action came before the Court for a trial by jury. The issues have been tried and the jury rendered a verdict on May 18, 2012. (Dkt. No. 370.)

The Court **ORDERS AND ENTERS JUDGMENT** as follows:

1. Defendants Xilinx, Inc. and Avnet, Inc. are found to have unlawfully infringed claims 1, 3, 17, and 30 of United States Patent No. 6,119,181 ("the '181 Patent").

2. Claims 1, 3, 17, and 30 of the '181 Patent are found not invalid.

3. Xilinx, Inc. and Avnet, Inc. are found to have unlawfully infringed claim 8 of United States Patent No. 6,338,106 ("the '106 Patent).

4. Claim 8 of the '106 Patent is found not invalid.

5. Xilinx is found to have infringed the '181 and '106 Patents willfully.

6. PACT is awarded damages for Xilinx's and Avnet's infringement of the '181 and '106 Patents before May 18, 2012 in the amount of $15,399,900.00.

7. PACT is further awarded enhanced damages for Xilinx's willful infringement before May 18, 2012 in the amount of $23,099,850.00.

8. PACT is awarded attorney's fees from Xilinx in the amount of $2,283,681.

9. PACT is awarded pre-judgment interest, post-judgment interest, and costs.

- 2 -

10.  All relief not specifically granted herein is **DENIED**, subject to **SEVERANCE** of PACT's request for an ongoing royalty and supplemental damages as ordered in the Court's Memorandum Order (Dkt. No. 447).

**IT IS SO ORDERED.**

**SIGNED this 3rd day of September, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE