NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**PACT XPP TECHNOLOGIES, AG,**
*Plaintiff - Appellee*

v.

**XILINX, INC., AVNET, INC.,**
*Defendants - Appellants*

_____

14-1008

_____

Appeal from the United States District Court for the Eastern District of Texas in No. 2:07-cv-00563-RSP, United States Magistrate Judge Roy S. Payne.

_____

**O R D E R**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

                                               FOR THE COURT

December 27, 2013           /s/ Daniel E. O'Toole
                                    Daniel E. O'Toole
                                    Clerk of Court


**ISSUED AS A MANDATE:** December 27, 2013


cc: Clerk's Office, United States District Court for the
Eastern District of Texas
Russell Chorush
Marc Howard Cohen
Nathan J. Davis
Eric J. Enger
Joseph Samuel Grinstein
John C. O'Quinn