# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1008

**PACT XPP TECHNOLOGIES, AG,**

*Plaintiff - Appellee*

v.

**XILINX, INC., AVNET, INC.,**

*Defendants - Appellants*

Appeal from the United States District Court for the Eastern District of Texas in No. 2:07-cv-00563-RSP, United States Magistrate Judge Roy S. Payne.

## MANDATE

In accordance with the judgment of this Court, entered December 27, 2013, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court

cc: Russell Chorush
Clerk of Court, Eastern District of Texas (Marshall)
Marc Howard Cohen
Nathan J. Davis
Eric J. Enger
Joseph Samuel Grinstein
John C. O'Quinn